APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: J'Santae E. Hickmon vs. Keyshawn L. Braxton; Victoria E. Daulton; Kold Trans LLC; Ace American Insurance Company; Knight Transportation, Inc

Court: 14th JDC    Docket Number: _____

Parish of Filing: Calcasieu    Filing Date: 10/4/2021

Name of Lead Petitioner's Attorney: Matthew E. Lundy

Name of Self-Represented Litigant: _____

Number of named petitioners: 1    Number of named defendants: 5

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

✓ Auto: Personal Injury
__ Auto: Wrongful Death
__ Asbestos: Property Damage
__ Product Liability
__ Intentional Bodily Injury
__ Intentional Wrongful Death
__ Business Tort
__ Defamation
__ Environmental Tort
__ Intellectual Property
__ Legal Malpractice
__ Other Professional Malpractice
__ Maritime
__ Wrongful Death
__ General Negligence

__ Auto: Property Damage
__ Auto: Uninsured Motorist
__ Asbestos: Personal Injury/Death
__ Premise Liability
__ Intentional Property Damage
__ Unfair Business Practice
__ Fraud
__ Professional Negligence
__ Medical Malpractice
__ Toxic Tort
__ Other Tort (describe below)
__ Redhibition
__ Class action (nature of case)

FILED OCT - 4 2021
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Please briefly describe the nature of the litigation in one sentence of additional detail:
Motor vehicle accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name Matthew E. Lundy    Signature /s/
Address 501 Broad Street, Lake Charles, LA 70601
Phone number: 337-439-0707    E-mail address: mlundy@lundylawllp.com

Exhibit A

| | | |
|---|---|---|
| J'SANTAE E. HICKMON | : | 14th JUDICIAL DISTRICT COURT |
| VS. NO. 2021-4232 B | : | PARISH OF CALCASIEU |
| KEYSHAWN L. BRAXTON; VICTORIA E. DAULTON; KOLD TRANS LLC; ACE AMERICAN INSURANCE COMPANY; KNIGHT TRANSPORATION, INC. | : : : : | |
| FILED: OCT – 4 2021 | : | /s/ Sarah Hollier<br>DEPUTY CLERK OF COURT |

## PETITION FOR DAMAGES

Petitioner, J'SANTAE E. HICKMON ("PLAINTIFF"), resident and domiciled in Calcasieu Parish, Louisiana, respectfully represents the following:

1.

Made Defendants herein:

A. KEYSHAWN L. BRAXTON, a person of the full age of majority, who is a resident of Calcasieu Parish and domiciled in the State of Louisiana, who may be served at his place of residence located at 6675 HWY 98 East, Lake Charles, Louisiana, 70615;

B. VICTORIA E. DAULTON, a person of the full age of majority, who is resident and domiciled in the State of Idaho, who may be served at her place of residence located at 7973 Manassas Lane, Boise, Idaho 83714;

C. KOLD TRANS LLC, a foreign limited liability company domiciled in the State of Utah, which may be served through its registered agent for service of process, CT Corporation Systems located at 1108 East South Union Ave, Midvale, Utah 84047;

D. ACE AMERICAN INSURANCE COMPANY, a foreign insurance corporation authorized to do and doing business in the State of Louisiana, which may be served through the Louisiana Secretary of State; and

E. KNIGHT TRANSPORATION, INC., a foreign corporation domiciled in the State of Arizona, which may be served through its registered agent for service of process, RCA Service CO, LLC located at 3200 N Central Ave, Suite 1600, Phoenix, Arizona 85012.

2.

At all times mentioned herein:

A. KEYSHAWN L. BRAXTON (hereinafter referred to as "DEFENDANT BRAXTON") was the operator and owner of the 2015 Cadillac, bearing no license plate number;

B. PLAINTIFF was a passenger of DEFENDANT BRAXTON's vehicle, described

above.

C. VICTORIA E. DAULTON (hereinafter referred to as "DEFENDANT DAULTON") was the permissive operator of the 2020 Kenworth TT 18-wheeler, bearing Indiana license plate number 2308274, while employed by and acting within the course and scope of her employment with KOLD TRANS LLC;

D. KOLD TRANS LLC was the owner of the 2020 Kenworth TT 18-wheeler described above and the employer of DEFENDANT DAULTON;

E. AMERICAN ACE INSURANCE COMPANY, was the insurer of the 2020 Kenworth 18-wheeler owned by KOLD TRANS LLC and operated by DEFENDANT DAULTON; and

F. KNIGHT TRANSPORATION, INC. is the parent company of and operates as a single business enterprise with KOLD TRANS LLC.

3.

Defendants are justly and legally indebted unto PLAINTIFF for damages resulting from a motor vehicle collision that occurred on May 6, 2021, near mile marker 151 of I-10 in West Baton Rouge Parish, Louisiana, for the following reasons:

4.

At the time and place and under the aforementioned circumstances, DEFENDANT BRAXTON was driving eastbound on I-10 while PLAINTIFF was asleep in the passenger seat of the same vehicle, eventually coming to a near halt due to heavy traffic ahead. Meanwhile, DEFENDANT DAULTON, traveling the same direction as DEFENDANT BRAXTON, recklessly failed to observe the traffic stopped in front of her and subsequently rear-ended DEFENDANT BRAXTON's vehicle so forcefully that it was crushed under the rear of a third-party's vehicle, causing a chain reaction of collisions that involved several additional vehicles. Although DEFENDANT DAULTON's negligence was a proximate cause of the multi-vehicular collision and resulting injuries and damages, DEFENDANT BRAXTON failed to observe the lofty truck recklessly approaching in his rear-view mirror and make an effort to mitigate the impact.

5.

The aforesaid collision was in no way attributable to any negligence on the part of PLAINTIFF, as she was merely a passenger of DEFENDANT BRAXTON'S vehicle and, accordingly, had no duty or ability to avoid imminent collisions.

6.

The aforesaid collision was chiefly due to the negligence of DEFENDANT DAULTON in the form of the following non-exclusive particulars:

(a) Failure to operate the dangerous vehicle in a careful and prudent manner;

(b) Failure to see what she should have seen, i.e., the traffic in front of her;

(c) Failure to yield to the traffic in front of her;

(d) Looking away from the road to check her cell phone, an act she has already admitted to the police;

(e) Failure to stop the vehicle prior to impact;

(f) Failure to obey Louisiana Statutory Laws;

(g) Failure to exercise due care under all the facts and circumstances; and

(h) For other acts and omissions to be shown at trial hereof.

7.

Under Louisiana law, KOLD TRANS LLC is vicariously liable for the negligent actions of its employee, DEFENDANT DAULTON, for the following non-exclusive reasons:

(a) KOLD TRANS LLC is the employer of DEFENDANT DAULTON, who was acting within the course and scope of her employment at the time of the collision; and;

(b) DEFENDANT DAULTON negligently caused the collision.

8.

KOLD TRANS LLC is also liable for its own negligence that contributed to causing the collision and resulting damages, including but not limited to the following:

(a) Negligently hiring DEFENDANT DAULTON, an individual KOLD TRANS LLC knew or should have known had an extensive, pertinent, criminal history involving

drugs and driving violations at the time of her hiring.

(b) Failure to properly supervise and train DEFENDANT DAULTON in safe truck driving operations;

(c) Failure to enforce company safety policies and procedures; and

(d) Other acts and omissions to be shown at trial hereof.

9.

The aforesaid collision was, in part, due to the negligent defensive response of DEFENDANT BRAXTON to the imminent collision DEFENDANT DAULTON had made certain to occur, in the form of the following non-exclusive particulars:

(a) Failure to see what he should have seen, i.e., the truck approaching from the rear view;

(b) Failure to mitigate the impact;

(c) Failure to exercise due care under all the facts and circumstances; and

(d) For other acts and omissions to be shown at trial hereof.

10.

As a result of the accident in question, PLAINTIFF suffered painful and serious injuries and damages including, but not limited to a traumatic brain injury in addition to major multiple trauma, sustaining closed fracture occipital condyle, mediastinal hematoma, closed fracture manubrium, closed fracture of anterior arch of the atlas, closed fracture 11th thoracic vertebrae, closed fracture 2nd lumbar vertebrae, bilateral pulmonary contusions, acute fracture of the arch of C1, and acute superior endplate fracture of T6, T7, T8, and T9.

11.

PLAINTIFF has continued to have severe pain and discomfort since the day of the accident.

12.

As a result of the Defendants' negligence in causing the accident and injuries, PLAINTIFF has suffered damages, including, but not limited to past and future medical expenses, past and future mental pain and anguish, past, present and future pain and suffering,

disability, loss of wages, loss of earning capacity, loss of future earning capacity, loss of enjoyment of life and other damages as are reasonable in the premises. PLAINTIFF is an operations manager for the Air Force Reserve and, before the wreck, was scheduled to do her deployment in Kuwait. Now, she has a medical deferment that will prevent her from earning thousands of dollars from said deployment, her promotion is postponed, and her future with the Air Force Reserve is unclear.

13.

On information and belief, KOLD TRANS LLC and KNIGHT TRANSPORTATION, INC. operate as a single business enterprise, making them both liable *in solido* for the damages described herein under Louisiana law. On information and belief, KNIGHT TRANSPORTATION, INC. is the parent company of KOLD TRANS LLC, the companies share administrative facilities and networks, the companies have common offices, the companies share property and have unified administrative control in order to carry out business functions that are substantially similar and supplementary, and the companies have the same Chief Financial Officer. The full extent of the union between KOLD TRANS LLC and KNIGHT TRANSPORTATION, INC. is to be substantiated through formal discovery.

14.

WHEREFORE, PLAINTIFF J'SANTAE E. HICKMON prays that Defendants, KEYSHAWN BRAXTON, VICTORIA DAULTON, KOLD TRANS LLC, ACE AMERICAN INSURANCE COMPANY, and KNIGHT TRANSPORATION, INC. be duly served with a copy of the foregoing Petition and cited to appear and answer the same and after lapse of all legal delays and due proceedings had, there be judgment herein in favor of the PLAINTIFF J'SANTAE E. HICKMON and against Defendants, KEYSHAWN BRAXTON, VICTORIA DAULTON, KOLD TRANS LLC, ACE AMERICAN INSURANCE COMPANY, and KNIGHT TRANSPORATION, INC. *in solido* and for such damages as are reasonable in the premises together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

15.

PLAINTIFF J'SANTAE E. HICKMON further prays for such additional relief as the law, equity, and the nature of the case might permit.

Respectfully submitted,

LUNDY, LUNDY SOILEAU & SOUTH, LLP

_____
MATTHEW E. LUNDY (# 18988)
501 Broad Street (70601)
P.O. Box 3010
Lake Charles, LA 70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
*Attorney for PLAINTIFF, J'SANTAE E. HICKMON*

**PLEASE SERVE:**

**KEYSHAWN L. BRAXTON**
At his place of residence
6675 HWY 98 East
Lake Charles, Louisiana 70615;

**ACE AMERICAN INSURANCE COMPANY**
Through its Registered Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue;

**VIA LOUISIANA LONG ARM STATUTE:**

**VICTORIA E. DAULTON**
At her place of residence
7973 Manassas Lane
Boise, Idaho 83714;

**KNIGHT TRANSPORATION, INC.**
Through its Registered Agent for Service of Process
RCA Service CO, LLC
3200 N Central Ave, Suite 1600
Phoenix, Arizona 85012;

**KOLD TRANS LLC ("Kold")**
Through its Registered Agent for Service of Process
CT Corporation Systems
1108 East South Union Ave
Midvale, Utah 84047.