UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **J'SANTAE E HICKMON** | **CASE NO. 2:21-CV-04451** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KEYSHAWN L BRAXTON ET AL** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

Before the court is a Motion to Transfer [doc. 15] filed by defendants Victoria Daulton, Kold Trans LLC, Ace American Insurance Company, and Knight Transportation Incorporated. The motion is unopposed.

The court has reviewed the complaint, motion, and exhibits, and weighed the factors set forth in *In re Volkswagen of America, Inc.*, 545 F.3d 304, 315 (5th Cir. 2008). Based thereon the undersigned finds that venue is clearly more convenient in the United States District Court for the Middle District of Louisiana for this suit arising out of an accident that occurred in West Baton Rouge Parish. Accordingly, **IT IS ORDERED** that the Motion [doc. 15] be **GRANTED** and that the case be transferred.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of March, 2022.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**